Jeremiah HENDERSON, Plaintiff— Appellant,

v.

James V. DOSS, III, Defendant— Appellee.

No. 07–1460.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 22, 2007.

Jeremiah Henderson, Appellant Pro Se. Thomas A. Leggette, Leggette Law Firm, PLC, Roanoke, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremiah Henderson appeals from the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Henderson v. Doss,* No. 6:07–cv–00006–nkm (W.D.Va. May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*